UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:22-CR-19-MSH-CDL |
| | : | |
| v. | : | |
| | : | |
| DAVID HILL and | : | |
| JAMARLON BUTLER | : | |
|    Defendants | : | |
| _____ | : | |

### ORDER

Defendants Hill and Butler were indicted on September 14, 2022. Doc. 1. Defendant Hill was arraigned on November 28, 2022. Doc. 23. Defendant Butler was arraigned on January 11, 2023. Doc. 43. A pretrial conference is currently scheduled for February 9, 2023. Doc. 51.

The parties have jointly moved to continue the case to the September 2023 trial term. Specifically, Defendants need additional time to review discovery, to discuss discovery and possible defenses with counsel, conduct additional investigation, and to discuss a possible universal resolution. Additionally, two co-defendants (Strambler and Odoms) remain at large.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the **September 2023** trial term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendants and

Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(6), (7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 20th day of January 2023.

                                                  S/Clay D. Land
                                                  Clay D. Land, U.S. District Judge